United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 14-12307-MT
Nedra Sneed                                                           Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1          User: rkeysC          Page 1 of 2          Date Rcvd: May 05, 2014
                             Form ID: b9i           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2014.
db          +Nedra Sneed,   20220 Sorrento Lane #306,   Porter Ranch, CA 91326-4476
tr          +Elizabeth (SV) F Rojas (TR),   Noble Professional Center,   15060 Ventura Blvd., Suite 240,
              Sherman Oaks, CA 91403-2436
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
35174656    +3bcash,   PO Box 154,   Culpeper, VA 22701-0154
35174658    +ACE Cash Express, Inc.,   c/o CT Corporation System,   818 W Seventh St,
              Los Angeles, CA 90017-3407
35174659    +Ad Astra Rec,   8918 W 21st St. N Suite 200,   Mailbox: 112,   Wichita, KS 67205-1880
35174660    +Ad Astra Recovery Services Inc.,   c/o National Registered Agents NV,   311 S. Division St,
              Carson City, NV 89703-4202
35174661    +Ad Astra Recovery Services, Inc,   7330 W. 33rd Street North,   Suite 118,
              Wichita, KS 67205-9370
35174662    +Advance America/AARC LLC,   119 Woodfield Dr,   Suite A,   Macon, GA 31210-6209
35174667     Bayside Cash,   35 Barrack Road,   3rd Floore,   Belize City, Belize C.A.
35174670     Cashweb USA,   2575 Braxton St,   Frankfort, IL 60423
35174671    +Chaz Dean Inc,   6444 Fountain Ave,   Los Angeles, CA 90028-8135
35174672    +Check 'N Go of California, Inc.,   c/o CT Corporation System,   818 West 7th St,   2nd Fl,
              Los Angeles, CA 90017-3407
35174673    +Check 'N Go of California, Inc.,   7755 Montgomery Rd,   Ste 400,   Cincinnati, OH 45236-4197
35174675    +Credit One Bank,   Attn: Bankruptcy,   PO Box 98827,   Las Vegas, NV 89193-8827
35174678    +Dell Financial Services,   c/o The Corporation Trust Company,   1209 Orange st,
              Wilmington, DE 19801-1120
35174684    +GE Capital Bank,   c/o CT Corporation System,   818 W Seventh St,   Los Angeles, CA 90017-3407
35174687    +Green Gate Services, LLC,   600 F St,   Ste 3 #721,   Arcata, CA 95521-6301
35174689    +Lendup,   237 Kearny St #327,   re: Bankruptcy,   San Francisco, CA 94108-4502
35174690    +Lendup Global Inc,   47 Maiden Lane,   3rd Floor,   c/o Sasha Orloff, Agent,
              San Francisco, CA 94108-5401
35174691    +MaxLend,   PO Box 639,   Parshall, ND 58770-0639
35174692    +Mb Fin Svcs,   36455 Corporate Dr,   Farmington Hills, MI 48331-3552
35174694    +NCO Financial Systems, Inc,   c/o CT Corporation Systems,   818 W Seventh St,
              Los Angeles, CA 90017-3407
35174696    +North Shore Agency,   270 Spagnioli Rd,   Suite 110,   Melville, NY 11747-3515
35174695    +North Shore Agency,   PO Box 9221,   Attn: Bankruptcy,   Old Bethpage, NY 11804-9021
35174697    +North Shore Agency,   Attn: Legal Dept/Kevin Goodman,   270 Spagnoli Rd., Ste. #110,
              Melville, NY 11747-3515
35174698    +Powerhouse Gym & Fitness Center Inc,   c/o Braulio Medina (Agent),   110 Sandholm Ln,
              Cloverdale, CA 95425-4439
35174699    +Red Rock Tribal Lending,   dba Castle Payday,   PO Box 704,   Watersmeet, MI 49969-0704
35174701    +Rent-A-Center, Inc.,   c/o CT Corporation System,   818 West Seventh St,
              Los Angeles, CA 90017-3407
35174702    +Riverbend Finance, LLC,   PO Box 557,   Hays, MT 59527-0557
35174703     RollingPlainsCash.com,   c/o Wakepamni Lake Community Corp,   PO Box 6048,   Batesland, SD 57716
35174707    ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
             (address filed with court:  Springleaf Financial Services, Inc.,   601 N W 2nd St,
              Canton, OH 44708)
35174704    +Speedy Cash, Inc.,   c/o National Registered Agents,   818 W. Seventh St,
              Los Angeles, CA 90017-3407
35174706    +Springleaf Financial Services, Inc,   c/o CT Corporation System,   818 W Seventh St,
              Los Angeles, CA 90017-3407
35174708    +Suzie Giorgio,   20700 Ventura Blvd,   #128,   Woodland Hills, CA 91364-6285
35174709    +Wells Fargo,   Attn: Bankruptcy MAC,   X2301-01A PO Box 41169,   Des Moines, IA 50311
35174710    +Wells Fargo Bank, National Assn,   c/o CSC Lawyers Incorporating Svc,   2710 Gateway Oaks Dr,
              Ste 150N,   Sacramento, CA 95833-3502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: brett@bodielawfirm.com May 06 2014 08:49:40      Brett F Bodie,
              Bankruptcy Law Center, APC,   16133 Ventura Blvd #700,   Encino, CA  91436
smg          EDI: EDD.COM May 06 2014 05:28:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM May 06 2014 05:28:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P.O. Box 2952,   Sacramento, CA  95812-2952
35174657    +EDI: ACECASHXPRESS.COM May 06 2014 05:28:00      ACE Cash Express, Inc.,   1231 Greenway Dr,
              Ste 600,   Irving, TX 75038-2511
35174665     EDI: APPLIEDBANK.COM May 06 2014 05:28:00      Applied Bank,   4700 Exchange Ct,
              Boca Raton, FL 33431-0966
35174663    +EDI: AGFINANCE.COM May 06 2014 05:28:00      American General Financial/Springleaf Fi,
              Springleaf Financial/Attn: Bankruptcy De,   Po Box 3251,   Evansville, IN 47731-3251
35174664    +E-mail/Text: ebn@americanwebloan.com May 06 2014 08:50:53      American Web Loan,   522 N. 14th St,
              Box 130,   Ponca City, OK 74601-4654
35174666    +EDI: APPLIEDBANK.COM May 06 2014 05:28:00      Applied Bank,   Attn: Bankruptcy,   660 Plaza Dr,
              Newark, DE 19702-6369
35174668    +EDI: CAPITALONE.COM May 06 2014 05:28:00      Capital 1 Bank,   Attn: Bankruptcy Dept.,
              Po Box 30285,   Salt Lake City, UT 84130-0285

```
District/off: 0973-1          User: rkeysC          Page 2 of 2          Date Rcvd: May 05, 2014
                             Form ID: b9i            Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
35174669     +EDI: CAPITALONE.COM May 06 2014 05:28:00        Capital One, National Assn,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
35174674     +EDI: RCSFNBMARIN.COM May 06 2014 05:28:00       Credit One Bank,    Po Box 98873,
               Las Vegas, NV 89193-8873
35174676     +EDI: RCSFNBMARIN.COM May 06 2014 05:28:00       Credit One Bank, Natl Assn,    585 Pilot Rd,
               Las Vegas, NV 89119-3619
35174677      EDI: RCSDELL.COM May 06 2014 05:28:00        Dell Financial Services,    Attn: Bankruptcy,
               PO Box 81577,    Austin, TX 78708
35174680      EDI: FORD.COM May 06 2014 05:28:00        Ford Motor Company,    Attn: Bankruptcy Dept,
               PO Box 537901,    Livonia, MI 48153-7901
35174679     +EDI: AMINFOFP.COM May 06 2014 05:28:00        First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
35174681     +EDI: FORD.COM May 06 2014 05:28:00        Ford Motor Credit Company LLC,    One American Rd WHQ,
               RM612,    Dearborn, MI 48126-2701
35174682     +EDI: FORD.COM May 06 2014 05:28:00        Ford Motor Credit Corporation,    Ford Motor Credit,
               Po Box 6275,    Dearborn, MI 48121-6275
35174683      EDI: CALTAX.COM May 06 2014 05:28:00        Franchise Tax Board,    Bankruptcy Section MS A340,
               PO Box 2952,    Sacramento, CA 95812-2952
35174685      EDI: RMSC.COM May 06 2014 05:28:00        GECRB,    Attn: Bankruptcy,    PO Box 965036,
               Orlando, FL 32896-5036
35174686     +EDI: RMSC.COM May 06 2014 05:28:00        Gecrb/Care Credit,    Attn: bankruptcy,    Po Box 103104,
               Roswell, GA 30076-9104
35174688      EDI: IRS.COM May 06 2014 05:28:00        Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
35174693     +E-mail/Text: bankruptcydepartment@ncogroup.com May 06 2014 08:50:26        NCO Financial Systems,
               Attn: Bankruptcy,    PO Box 15270,    Wilmington, DE 19850-5270
35174700     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 06 2014 08:58:05        Regional Acceptance Company,
               430 N. Vineyard Ave,    Ste 2,    Ontario, CA 91764-5494
35174705     +E-mail/Text: bankruptcy@speedyinc.com May 06 2014 08:49:54        Speedy Cash, Inc.,
               3527 North Ridge Rd,    Wichita, KS 67205-1212
35174712     +EDI: WFFC.COM May 06 2014 05:28:00        WFS Financial/Wachovia,    Attn: Bankruptcy,    PO Box 3569,
               Rancho Cucamonga, CA 91729-3569
35174711     +EDI: WFFC.COM May 06 2014 05:28:00        Wffinaccpt,    Attn: Bankruptcy,    800 Walnut St,
               Des Moines, IA 50309-3504
                                                                                       TOTAL: 26
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2014 at the address(es) listed below:
```
          Brett F Bodie    on behalf of Debtor Nedra  Sneed brett@bodielawfirm.com,
          brett.bodie@blc-sd.com;ahren.tiller@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;msteiner@blc
          -sd.com;nicole@blc-sd.com
          Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
          United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                       TOTAL: 3
```

**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on May 3, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603.**
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

## See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>Nedra Sneed<br>20220 Sorrento Lane #306<br>Porter Ranch, CA 91326 | **Case Number:**<br><br>**1:14–bk–12307–MT** |
|---|---|

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–6847 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Brett F Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd #700<br>Encino, CA 91436<br>Telephone number: 800–718–9688 | Bankruptcy Trustee (name and address):<br>Elizabeth (SV) F Rojas (TR)<br>Noble Professional Center<br>15060 Ventura Blvd., Suite 240<br>Sherman Oaks, CA 91403<br>Telephone number: 818–933–5700 |

## Meeting of Creditors:

Date: **June 25, 2014**                           Time: **09:00 AM**
Location: **21051 Warner Center Lane, #105, Woodland Hills, CA 91367**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **September 23, 2014**
For a governmental unit: (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **October 30, 2014**

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: August 25, 2014**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Hearing on Confirmation of Plan:

Date: **July 29, 2014**                           Time: **09:30 AM**
Location: **21041 Burbank Blvd, Crtrm 302, Woodland Hills, CA 91367**
The plan or a summary of the plan will be sent separately by the debtor.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367–6603<br>Telephone number: 855–460–9641 | **For the Court:** |
|---|---|
| | Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
| Hours Open:  9:00 AM – 4:00 PM | Date: May 5, 2014 |
| **(Form rev. 12/13 341–B9I)** | / |

# EXPLANATIONS

**B9I (Official Form 9I) (12/12)**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. The plan or a summary of the plan will be sent separately by the debtor, and the confirmation hearing will be held on the date indicated on the front of this notice. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business if any unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult an attorney to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code §362 and §1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to Chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Failure to Appear at the Section 341(a) Meeting and Hearing of Confirmation of Chapter 13 Plan | Appearance by debtor(s) and the attorney for the debtor(s) is required at both the Section 341(a) meeting and the confirmation hearing. Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting and/or the confirmation hearing may result in dismissal of the case. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367–6603.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

## –– Refer to Other Side for Important Deadlines and Notices ––