United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 14-12307-MT
Nedra Sneed                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-1            User: rkeysC            Page 1 of 1            Date Rcvd: May 05, 2014
                              Form ID: ccdn          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2014.
db             +Nedra Sneed,    20220 Sorrento Lane #306,    Porter Ranch, CA 91326-4476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2014 at the address(es) listed below:
            Brett F Bodie    on behalf of Debtor Nedra  Sneed brett@bodielawfirm.com,
             brett.bodie@blc-sd.com;ahren.tiller@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;msteiner@blc-sd.com;nicole@blc-sd.com
            United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                      TOTAL: 2

| United States Bankruptcy Court<br>Central District Of California | |
|---|---|
| In re:<br>Nedra Sneed | CHAPTER NO.: 13 |
| | CASE NO.: 1:14–bk–12307–MT |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Bankruptcy Rule 1015–2
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. § 342(b); Court Manual, section 2–1]
☒ Verification of Creditor Mailing List. [Court Manual, section 2–1]
☒ Summary of Schedules (Official Form B6). [Court Manual, section 2–1]
☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2–1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2–1]
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

    Chapter 13    Original only

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: May 3, 2014

**By: Robin Keys**
    **Deputy Clerk**

ccdn – Revised 12/2010      **1 /**