| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brett F. Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>California State Bar Number: 264452<br>brett.bodie@blc-sd.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br>    Nedra Sneed<br><br><br><br><br><br><br><br><br><br><br><br>                                                                         Debtor(s). | CASE NO.: 1:14-bk-12307<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1. DEEDS OF TRUST [OR MORTGAGES]**<br>**2. LEASES ON PERSONAL PROPERTY;**<br>**3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*),  Nedra Sneed  , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 05/03/2014.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

___

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                  Page 1                              **F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 2013 Ford Edge | Name of Creditor (*printed*): Ford Motor Credit Company<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | Through Chapter 13 Plan | n/a | Loan being paid through Chapter 13 plan payment. |
|  | Name of Creditor (*printed*): _<br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): |  |  |  |
|  | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): |  |  |  |
|  | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): |  |  |  |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          Page 2                              **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
|  | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): |  |  |  |
|  | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): |  |  |  |
|  | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): |  |  |  |

6. ☐ Continued on Attached Page.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  05/19/2014                                      /s/ Nedra Sneed
                                                        Nedra Sneed
                                                        *Debtor*

---

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    Page 3                    **F 3015-1.4.DEC.PRECONF.PYMTS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd
Ste 700
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):    Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  05/19/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  (x) Elizabeth Rojas, Trustee (cacb_ecf_sv@ch13wla.com)
  (x) US Trustee (ustpregion16.wh.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/19/14 | Brett F. Bodie | /s/ Brett F. Bodie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012        Page 4        F 3015-1.4.DEC.PRECONF.PYMTS

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brett F. Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>264452<br>☐ Attorney for Debtor(s): | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>Nedra Sneed<br><br>Debtor(s). | CASE NO.: 1:14-bk-12307<br>CHAPTER: 13<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists — Date Filed: **05/19/2014**
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed:
☒ Other: Declaration re Post-Petition Payments — Date Filed:

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    05/19/2014
Signature of Signing Party          Date
Nedra Sneed
_____
Printed Name of Signing Party

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    05/19/2014
Signature of Attorney for Signing Party    Date
Brett F. Bodie
_____
Printed Name of Attorney for Signing Party

---

*November 2006*    This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.