**United States Bankruptcy Court**
**Central District of California**

| In re | Nedra Sneed | | Case No. | 1:14-bk-12307 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 13 |

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

Schedule F
Creditor Matrix (Add Creditor)
Statement of Related Cases

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

On  8/25/14 , the following parties were served by US Mail:

(x)   Verizon Wireless
      Attn: Bankruptcy Dept
      1515 Woodfield Rd
      Schaumburg, IL 60173

(x)   Verizon
      c/o CT Corporation System
      818 West Seventh Street
      2nd Floor
      Los Angeles, CA 90017

When filed, I certify the following parties were served by CM/ECF/Electronic Notice:

(x)   Elizabeth Rojas, Trustee (cacb_ecf_sv@ch13wla.com)
(x)   US Trustee (ustpregioin16.wh.ecf@usdoj.gov)

Date:  8/25/14

Brett F. Bodie
Attorney for Debtor(s)
Bankruptcy Law Center, APC
16133 Ventura Blvd
Ste 700
Encino, CA 91436
800-718-9688 Fax:866-444-7026
brett.bodie@blc-sd.com

B6F (Official Form 6F) (12/07)

| In re | Nedra Sneed | Case No. | 1:14-bk-12307 |
|---|---|---|---|
| | Debtor(s) | | |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. unknown<br><br>3bcash<br>PO Box 154<br>Culpeper, VA 22701 | | NA | 2013<br><br>Payday Loan | | | | 500.00 |
| ACCOUNT NO. unknown<br><br>ACE Cash Express, Inc.<br>1231 Greenway Dr<br>Ste 600<br>Irving, TX 75038 | | NA | 2013<br><br>Payday Loan | | | | 1,500.00 |
| ACCOUNT NO. 1356295<br><br>Ad Astra Rec<br>8918 W 21st St. N Suite 200<br>Mailbox: 112<br>Wichita, KS 67205 | | NA | Opened 12/01/09 Last Active 6/23/10<br><br>Collection - Successor to speedy cash | | | | 100.00 |

Sheet 1 of 7 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedra Sneed**                                                                                    Case No    **1:14-bk-12307**
                            Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9130178003460025 <br><br> American General Financial/Springleaf <br> Springleaf Financial/Attn: Bankrupt <br> Po Box 3251 <br> Evansville, IN 47731 | | NA | Opened 9/01/13 Last Active 2/21/14 <br><br> Personal Loan | | | | 4,100.00 |
| ACCOUNT NO. unknown <br><br> American Web Loan <br> 522 N. 14th St <br> Box 130 <br> Ponca City, OK 74601 | | NA | 2013 <br><br> Believed nothing owed - notice only | | | | 0.00 |
| ACCOUNT NO. unknown <br><br> Applied Bank <br> 4700 Exchange Ct <br> Boca Raton, FL 33431-0966 | | NA | n/a <br><br> Notice only - believed nothing owed | | | | 0.00 |
| ACCOUNT NO. unknown <br><br> Bayside Cash <br> 35 Barrack Road <br> 3rd Floore <br> Belize City, Belize C.A. | | NA | pre 2013 <br><br> Payday Loan | | | | 100.00 |
| ACCOUNT NO. 5178057828756655 <br><br> Capital 1 Bank <br> Attn: Bankruptcy Dept. <br> Po Box 30285 <br> Salt Lake City, UT 84130 | | NA | Opened 9/01/11 Last Active 1/25/14 <br><br> Misc Credit Purchases and Cash Advances | | | | 684.00 |

Sheet 2 of 7 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

| In re | Nedra Sneed | | Case No | 1:14-bk-12307 |
|---|---|---|---|---|
| | Debtor(s) | | | |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5155990039385772<br><br>Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130 | | NA | Opened 11/01/11  Last Active 1/25/14<br><br>Misc Credit Purchases and Cash Advances | | | | 378.00 |
| ACCOUNT NO. unknown<br><br>Cashweb USA<br>2575 Braxton St<br>Frankfort, IL 60423 | | NA | pre 2013<br><br>Notcie only - believed nothing owed | | | | 0.00 |
| ACCOUNT NO. unknown<br><br>Check 'N Go of California, Inc<br>c/o CT Corporation System<br>818 West 7th St<br>2nd Fl<br>Los Angeles, CA 90017 | | NA | pre 2013<br><br>Payday Loan | | | | 2,000.00 |
| ACCOUNT NO. 4447962194025510<br><br>Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 | | NA | Opened 10/01/11  Last Active 1/24/14<br><br>Misc Credit Purchases and Cash Advances | | | | 567.00 |
| ACCOUNT NO. 6847<br><br>Dell Financial Services<br>Attn: Bankruptcy<br>PO Box 81577<br>Austin, TX 78708 | | NA | n/a<br><br>Notice only - believed nothing owed. | | | | 0.00 |

Sheet 3 of 7 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nedra Sneed** _____    Case No  **1:14-bk-12307** _____
                        Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5178006401000577 <br><br> First Premier Bank <br> 3820 N Louise Ave <br> Sioux Falls, SD 57107 | | NA | Opened 5/01/12  Last Active 3/07/14 <br><br> Misc Credit Purchases and Cash Advances | | | | 593.00 |
| ACCOUNT NO. 5178006382086413 <br><br> First Premier Bank <br> 3820 N Louise Ave <br> Sioux Falls, SD 57107 | | NA | Opened 9/01/13  Last Active 3/23/14 <br><br> Misc Credit Purchases and Cash Advances | | | | 161.00 |
| ACCOUNT NO. 6019183083753806 <br><br> Gecrb/Care Credit <br> Attn: bankruptcy <br> Po Box 103104 <br> Roswell, GA 30076 | | NA | Opened 8/01/10  Last Active 1/24/14 <br><br> Loan for medical services | | | | 923.00 |
| ACCOUNT NO. n/a <br><br> Green Gate Services, LLC <br> 600 F St <br> Ste 3 #721 <br> Arcata, CA 95521 | | NA | n/a <br> Payday Loan | | | | 850.00 |
| ACCOUNT NO. unkown <br><br> Lendup <br> 237 Kearny St #327 <br> re: Bankruptcy <br> San Francisco, CA 94108 | | NA | 2013 <br> Payday Loan | | | | 100.00 |

Sheet 4 of 7 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedra Sneed**  
        Debtor(s)

Case No **1:14-bk-12307**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. unknown<br><br>MaxLend<br>PO Box 639<br>Parshall, ND 58770 | | NA | 2013<br><br>Payday Loan | | | | 600.00 |
| ACCOUNT NO. 7003466025<br><br>Mb Fin Svcs<br>36455 Corporate Dr<br>Farmington Hills, MI 48331 | | NA | Opened 10/01/12  Last Active 3/31/14<br><br>No balance owed - notice only | | | X | 0.00 |
| ACCOUNT NO.<br><br>NCO Financial Systems, Inc<br>c/o CT Corporation Systems<br>818 W Seventh St<br>Los Angeles, CA 90017 | | NA | Notice Only - believed nothing owed | | | | 0.00 |
| ACCOUNT NO. n/a<br><br>North Shore Agency<br>PO Box 9221<br>Attn: Bankruptcy<br>Old Bethpage, NY 11804 | | NA | n/a<br><br>Collection for Chaz Dean | | | | 180.00 |
| ACCOUNT NO. x6847<br><br>Powerhouse Gym & Fitness Center Inc<br>c/o Braulio Medina (Agent)<br>110 Sandholm Ln<br>Cloverdale, CA 95425 | | NA | 02/2014<br><br>Notice only - believed nothing owed | | | X | 0.00 |

Sheet 5 of 7 total sheets in Schedule of Creditors  
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedra Sneed** , Debtor(s)  Case No **1:14-bk-12307**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. unknown<br><br>Red Rock Tribal Lending<br>dba Castle Payday<br>PO Box 704<br>Watersmeet, MI 49969 | | NA | 2013<br><br>Believed nothing owed - notice only | | | | 0.00 |
| ACCOUNT NO. n/a<br><br>Regional Acceptance Company<br>430 N. Vineyard Ave<br>Ste 2<br>Ontario, CA 91764 | | NA | n/a<br><br>Notice only - believed nothing owed | | | | 0.00 |
| ACCOUNT NO. n/a<br><br>Riverbend Finance, LLC<br>PO Box 557<br>Hays, MT 59527 | | NA | 2013<br><br>Payday Loan | | | | 1,100.00 |
| ACCOUNT NO. n/a<br><br>RollingPlainsCash.com<br>c/o Wakepamni Lake Community Corp<br>PO Box 6048<br>Batesland, SD 57716 | | NA | 2013<br><br>Payday Loan | | | | 1,700.00 |
| ACCOUNT NO. n/a<br><br>Speedy Cash, Inc.<br>c/o National Registered Agents<br>818 W. Seventh St<br>Los Angeles, CA 90017 | | NA | 2013<br><br>Additional Notice - account now owned by third party debt collector already listed on this schedule. | | | | 0.00 |

Sheet 6 of 7 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Nedra Sneed** _____      Case No **1:14-bk-12307** _____
                     Debtor(s)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. n/a<br><br>Suzie Giorgio<br>20700 Ventura Blvd<br>#128<br>Woodland Hills, CA 91364 | | NA | Personal Loan | | | | 8,000.00 |
| ACCOUNT NO. x6847<br><br>[ADDED]<br>Verizon Wireless<br>Attn: Bankruptcy Dept<br>1515 Woodfield Rd<br>Schaumburg, IL 60173 | | NA | pre 2013<br><br>Services | | | | 200.00 |
| ACCOUNT NO. unknown<br><br>Wells Fargo<br>Attn: Bankruptcy MAC<br>X2301-01A PO Box 41169<br>Des Moines, IA 50306 | | NA | n/a<br><br>Notice only - believed nothing owed | | | | 0.00 |
| ACCOUNT NO. n/a<br><br>Wffinaccpt<br>Attn: Bankruptcy<br>800 Walnut St<br>Des Moines, IA 50309 | | NA | n/a<br><br>Notice only - believed nothing owed | | | | 0.00 |

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**[CORRECTED] 24,336.00**

Sheet 7 of 7 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Verizon Wireless
Attn: Bankruptcy Dept
1515 Woodfield Rd
Schaumburg, IL 60173

Verizon
c/o CT Corporation System
818 West Seventh Street
2nd Floor
Los Angeles, CA 90017

**AMENDED STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
(1) 1:97-bk-16207 Chapter 7 filed 05/06/1997 Central District of CA
(2) [CORRECTED] 1:07-bk-14475 Chapter 7 filed 11/15/2007 Central District of CA

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Encino                              , California.

Date:   August 7, 2014

Nedra Sneed
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1               F 1015-2.1 STMT RELATED CASES

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brett F. Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>264452<br>☐ Attorney for Debtor(s): | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Nedra Sneed<br><br>Debtor(s). | CASE NO.: 1:14-bk-12307<br>CHAPTER: 13<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists          Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____                      Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____            AUG 25 2014
*Signature of Signing Party*                Date
Nedra Sneed
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____            8/25/14
*Signature of Attorney for Signing Party*   Date
Brett F. Bodie
*Printed Name of Attorney for Signing Party*